```
MIME-Version:1.0
From:ecfwebmaster@wawb.uscourts.gov
To:ecfwebmaster
Bcc: hdmecf@gmail.com, mainline@hdm-legal.com, stephen@condolaw.net
Do not notice for BK case:

Message-Id:<27970722@wawb.uscourts.gov>
Subject:Sixty-01 Association of Apartment Owners v. Goudelock 15-01093-TWD Certificate of Rea
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## U.S. Bankruptcy Court

## Western District of Washington

Notice of Electronic Filing

The following transaction was received from Redmond, Danny entered on 10/7/2015 at 8:26 AM PDT and filed on 10/7/2015

**Case Name:**         Sixty-01 Association of Apartment Owners v. Goudelock
**Case Number:**       15-01093-TWD
**Document Number:** 24

**Docket Text:**
Certificate of Readiness Transmitted to District Court. Case Number:USDC# 15-01413 BK Internal Appeal Number APE #15-S016 (Related document(s)[18] Notice of Appeal and Statement of Election). Check Status of Appeal by 4/4/2016. (DR)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**15-01093ROA1.pdf
**Electronic document Stamp:**
[STAMP WAWBStamp_ID=970851926 [Date=10/7/2015] [FileNumber=27970720-0]
[28101ffacab5365de35288a69c77988ec74ec3f14ede1734c897d0e387db19625f19
86ff27f1d265d1a6c6bbbcfcc5e846d230c85700bcd2c16d3c7f780c8611]]

**15-01093-TWD Notice will be electronically mailed to:**

Christina L Henry on behalf of Defendant Penny D Goudelock
mainline@hdm-legal.com, hdmecf@gmail.com

Stephen M Smith on behalf of Plaintiff Sixty-01 Association of Apartment Owners
stephen@condolaw.net

**15-01093-TWD Notice will not be electronically mailed to:**