# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Penny D. Goudelock,<br><br>                       Appellant,<br><br>v.<br><br>Sixty-01 Association of Apartment Owners,<br><br>                       Appellees. | District Court Case<br>No. 2:15-cv-01413-MP<br><br>BK Internal Appeal<br>No: APE#15-S016<br><br>BK Adversary No. 15-01093<br><br>BK Case No. 11-12725-TWD<br>Chapter 13<br><br>CERTIFICATE OF SERVICE RE<br><br>APPELLANT'S OPENING BRIEF |

I, Christina L. Henry declare under penalty of perjury, that on the dates indicated below, I caused a copy of the following documents to be served on the parties listed below via ECF:

**1)** APPELLANT'S OPENING BRIEF

**Served Via ECF on November 16, 2015**

Stephen M Smith on behalf of Plaintiff Sixty-01 Association of Apartment Owners
stephen@condolaw.net

     Dated: November 16, 2015       Respectfully submitted,

*/s/ Christina L Henry*
Christina L Henry, WSBA #31237
Attorney for Appellant Penny Goudelock
Henry, DeGraaff & McCormick, PS
1833 N 105th St, Ste 203
Seattle, WA 98133