# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,, <br><br> Plaintiff, <br><br> v. <br><br> PENNY D. GOUDELOCK,, <br><br> Defendant. | CASE NO. C15-1413-MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of the parties' Status Reports. (Dkt. Nos. 22, 23.) Defendant contends that the only remaining issue for the Court to consider is the availability of attorney's fees for the prevailing party on appeal, and indicates her intent to seek fees under RCW 4.84.330. (Dkt. No. 23 at 1.)

Defendant is hereby ORDERED TO SHOW CAUSE within five days of the date of this Order (1) why this bankruptcy case involves an "action on a contract" such that she is entitled to fees under RCW 4.84.330, and (2) why her fee request should not be presented to the Ninth

1 | Circuit, pursuant to Ninth Circuit Rules 39-1.6 and 39-1.8.  The Court notes that the Ninth

2 | Circuit's remand order did not instruct the district court to determine the attorneys' fees that

3 | should be awarded for the successful appeal.

4 |     The clerk is ordered to provide copies of this order to all counsel.

5 |     Filed August 22, 2018.

                                  William M. McCool
                                  Clerk of Court

                                  s/Paula McNabb
                                  Deputy Clerk